JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAFTIG INSTANTLY PROCESSED PAYMENTS CORPORATION, et al., | Case No. CV 09-07120 DMG (AJWx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| DAVID STORY, et al., | |
| Defendants. | |

Pursuant to the Court's Order re Plaintiffs' Application for Entry of Default Judgment, entered concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiffs Zaftig Instantly Processed Payments Corporation and Paymaster Automatically Issued Disbursements Corporation and against Defendant Steven Sorenson, as follows:

1. Plaintiffs are awarded $3,750,000, plus taxable costs;

2. Plaintiffs are awarded pre-judgment interest as provided by article 15, section 1 of the California Constitution on the principal amount of $3,750,000 from August 15, 2010 through entry of judgment;

3. Plaintiffs are awarded post-judgment interest as provided by 28 U.S.C. § 1961 from the date that judgment is entered until it is paid in full; and

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4.    Judgment is without prejudice to Defendant Sorenson asserting a claim to offset payments Plaintiffs receive pursuant to their settlement with Defendants David and Aranzazu Story, Dragon, and Majestic Peak.

**IT IS SO ORDERED**.

DATED:    March 7, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE